# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2024

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 9, 2024

Re:  **United States v. Edwin Cordero,**
     **23 Cr. 56 (RA)**

Dear Judge Abrams,

I write regarding the Government's letter dated April 5, 2024, regarding my application at Mr. Cordero's initial appearance before the Court to be present for any lineup or photographic identification procedure in the above-captioned case. Dkt. No. 8. I apologize for submitting this letter a day late.

Given the Government's representation that it "does not plan to request an identification lineup," (Dkt. No. 8 at 1 n.1), given the parties' conversation yesterday about the discovery that is scheduled to be delivered to the defense this week, and given the Government's willingness to give me two days' advance notice of any photographic identification procedure, I withdraw my request without prejudice to a future application.

Respectfully Submitted,

Andrew John Dalack
Assistant Federal Defender
Tel.: (212) 417-8768

Cc:   AUSA Adam Z. Margulies