UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN CORDERO,<br><br>*Defendant*. | No. 23-CR-56 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Having considered the evidence introduced at the May 15, 2024 hearing, the Court finds that the Government has proven Specifications 1–5. Its reasoning will follow.

Sentencing is scheduled for June 18, 2024 at 2:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse, located at 40 Foley Square, New York, NY 10007. The Government's sentencing submission shall be due on June 4, 2024. Response by Defendant, if any, shall be due on June 11, 2024.

SO ORDERED.

Dated:   May 29, 2024
             New York, New York

Ronnie Abrams
United States District Judge