# EXHIBIT A

6/11/24

To whom this may concern,

I am Ashley Cordero, Edwin Cordero's wife. My family and I miss him very much. He is a great husband and father to our children. He is missing out on our kids growing up and being apart of their life. He has never been bad towards our family. He is always a lovable and fun family man. He has always been very helpful for me and our children and he also helps people in our community as far as helping with bringing bags up and down stairs and being as helpful as possible.

He is a great father. He plays with the kids and he takes them out places. My older daughters don't have their father around and he's the one who takes care of them as if they are his. I have 7 kids total, he does a lot for them and he helps me a lot. He was there when I needed them the most in terms of having our kids and he's just a wonderful man. From what I see, people in the community love him. There's an older lady in our building and he helps her all the time, she actually asked me about him the other day and asked how he's doing. A lot of people love him and he's a good-hearted person.

We've spoken on the phone recently since he's been in jail and I can tell he's depressed and upset. We just had a baby and the baby just turned 8 months so he's missing out already on the baby's life. We also have a 2-year-old daughter and for the first time she's starting to speak. They were just talking on the phone, and he told her he loves her and then she said "No, no, no, Daddy I love YOU." He told me he had to get off the phone and started crying. I know that whatever is going on in there is affecting him mentally because he's not around his kids and his family.

When he gets out, he wants to get another job, and we have spoken about moving out of state like Florida or somewhere else where we can get a house. I live in the Bronx in an apartment building. I don't like it here anymore because it's no longer family oriented and it's not as quiet as it was before. I told him that I'm trying to move out of the area we live now, but it's hard finding a 5-bedroom apartment. When we were speaking, I asked him how he feels about us moving out of state and he said he thinks that's a great idea especially because it would be giving our kids a better life.

The woman who raised him passed away last year. He hasn't seen his mom since she was 12 because she was on drugs really bad. So, he got taken away from her and hasn't seen her since. He's tried to look for her multiple times but hasn't found her. And his father passed away about 2 years ago. His aunt, the person who raised him, died last year. His brothers and sisters have their own lives and don't really come around like that so he doesn't really have anybody, just me and the kids. There's a lot of things he's been through that he doesn't tell to anyone. But I know he wants to do better for himself and for our family.

If you have any questions please don't hesitate to call me.

Ashley Cordero