UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWIN CORDERO,<br><br>               Defendant. | No. 23-cr-56 (RA)<br><br>AMENDED JUDGMENT |

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that the Judgment entered by this Court on June 25, 2024 be amended as follows: "In light of the death of Defendant Edwin Cordero and the Second Circuit's order of June 11, 2025, the Court vacates the term of imprisonment and term of supervised release and dismisses the May 14, 2024 amended violation petition."

SO ORDERED.

Dated:    June 16, 2025
             New York, New York

                                                                                                      Ronnie Abrams
                                                                                 United States District Judge